[Civ. No. 15639. First Dist., Div. Two. Mar. 10, 1954.]

THEODORE CRAMER, Appellant, v. CERCIAT FRENCH LAUNDRY AND DRY CLEANERS et al., Respondents.

Dreyfus, McTernan & Lubliner, Leslie Lubliner, Jarvis Miller & Decker and Charles W. Decker for Appellant.

Boyd, Taylor & Reynolds for Respondents.

NOURSE, P. J.—Both parties have briefed this appeal on the assumption it was taken from the judgment. However, reference to the transcript discloses that the appeal is limited to the order denying plaintiff's motion for a new trial.

As it is settled beyond question (Code Civ. Proc., § 963, subd. 2) that an appeal does not lie from an order denying a new trial, this appeal must be dismissed, and it is so ordered.

Dooling, J., and Kaufman, J., concurred.